**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**TG**
**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund; and Howard McDougall, Trustee, (Plaintiffs), v. Plymouth Concrete, Inc., a Michigan corporation, (Defendant). | **08 C 329**<br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE MASON** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund; and Howard McDougall, Trustee, (Plaintiffs)

| | |
|---|---|
| NAME (Type or print) | |
| /s/ Charles H. Lee | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Charles H. Lee | |
| FIRM | |
| Central States Law Department | |
| STREET ADDRESS | |
| 9377 W. Higgins Road, 10th Floor | |
| CITY/STATE/ZIP | |
| Rosemont, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06244633 | (847) 518-9800, Ext. 3468 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐