AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund; and Howard McDougall, Trustee,
(Plaintiffs),

V.

Plymouth Concrete, Inc.,
a Michigan corporation, (Defendant).

CASE NUMBER: **08 C 329**

ASSIGNED JUDGE: **JUDGE KENDALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Plymouth Concrete, Inc.
c/o Pier M. Bernardi - Registered Agent
600 Junction
Plymouth, MI 48170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward H. Bogle, Esq.
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 15, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2-16-08 |
| NAME OF SERVER (PRINT) PATRICIA CARTER | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 8118 Hammel Road Brighton, MI 48116

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-16-08
Date

*Patricia Carter*
Signature of Server

Box 805940 St Clair Shores MI 48080
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.