# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and HOWARD McDOUGALL, Trustee,

Plaintiffs,

v.

PLYMOUTH CONCRETE, INC., a Michigan corporation,

Defendant.

Case No. 08 C 329

District Judge Kendall

**AFFIDAVIT OF EDWARD H. BOGLE**

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

I, Edward H. Bogle, having been fully sworn upon my oath, depose and state as follows:

1. I am an adult and am otherwise competent to give evidence.

2. I have personal knowledge with respect to the facts set forth in this Affidavit.

3. If called as a witness in this matter, I would testify consistently with this Affidavit.

4. I am an attorney employed by Central States, Southeast and Southwest Areas Pension Fund, the Plaintiffs in this matter.

5. I was admitted to the bar of the State of Illinois in 2002 and to the bar of the United States District Court for the Northern District of Illinois in 2002.

6. I am a member of this Court's trial bar and have also been admitted to practice before the U.S. District Courts for the Central and Southern Districts of Illinois, the Eastern District of Michigan, the Eastern and Western Districts of Wisconsin, the Northern District of Indiana, and the U.S. Courts of Appeals for the Fourth, Sixth, Seventh, Tenth, and Eleventh Circuits.

7. I am familiar with the above-captioned litigation.

8. I have reviewed Plaintiffs' billing records and have determined that the work performed in connection with this case was performed by myself and senior paralegal George O. Hansen.

9. Copies of the billing records for this matter that reflect the work performed by myself (indicated as "EHB") and Mr. Hansen (indicated as "GOH"), and the expenses and costs incurred, are attached hereto as Exhibit 1.

10. I believe that a reasonable rate for the aforementioned legal services is $150.00 per hour for work performed by myself and $105.00 per hour for work performed by Mr. Hansen.

11. On that basis, the total of legal fees incurred in this matter is $1,788.00, consisting of 12.4 hours.

12. Plaintiffs have also incurred costs in the amount of $491.00 in connection with this litigation.

13. Consequently, the total amount of attorney's fees and costs incurred by Plaintiffs in this matter is $2,279.00.

14. I believe that the aforementioned court costs and attorney's fees were necessarily incurred and are reasonable in amount.

**FURTHER AFFIANT SAYETH NAUGHT.**

Edward H. Bogle

Edward H. Bogle

Subscribed and sworn to before me, a Notary Public of the State of Illinois, this 10th day of March, 2008.

Kari Schofield

Notary Public

Official Seal
Kari Schofield
Notary Public State of Illinois
My Commission Expires 10/09/2011

# Exhibit 1

**Central States Funds**
**9377 West Higgins Road**
**Rosemont, Illinois 60018**

March 10, 2008

Case Name: **Plymouth Concrete Inc IV**
Control No:
Case Type:
Allocation:

---

## Description of Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/14/2008 | EHB | Receive and review new file; read documents and file. | 0.60 | 90.00 |
| 1/15/2008 | EHB | Review file; draft complaint; edit and finalize for filing; review civil cover sheet, appearances and summons; exchange e-mail with George O. Hansen; research corporate status of Defendant; e-file Complaint, et al. | 2.50 | 375.00 |
| | GOH | Review e-mail from Edward H. Bogle; Secretary of State research. | 0.60 | 63.00 |
| 1/16/2008 | EHB | Receive and review ECF notices; review and sign documents; receive and review Minute Order. | 0.50 | 75.00 |
| | GOH | Correspondence with Elite Process; telephone conference with same. | 1.00 | 105.00 |
| 1/22/2008 | EHB | Check status of service. | 0.20 | 30.00 |
| 2/11/2008 | EHB | Review file; e-mail George O. Hansen. | 0.30 | 45.00 |
| 2/12/2008 | EHB | Exchange e-mail with George O. Hansen; confer with George O. Hansen; research defendant's corporation; prepare Rule 4 waiver and materials; draft letter to opposing counsel. | 1.20 | 180.00 |

**Plymouth Concrete Inc IV**



| | | | Hours | Amount |
|---|---|---|---|---|
| 2/13/2008 | EHB | Telephone conference with opposing counsel; confer with George O. Hansen. | 0.30 | 45.00 |
| 2/19/2008 | EHB | Receive and review correspondence; e-mail George O. Hansen. | 0.20 | 30.00 |
| 2/26/2008 | EHB | Receive and review proof of service; e-file same; docket dates. | 0.50 | 75.00 |
| 3/4/2008 | EHB | Prepare draft default motion for default affidavits and order; email Latanya Grey; review balance sheets. | 1.30 | 195.00 |
| 3/5/2008 | EHB | Receive/review email; revise default judgment materials. | 0.50 | 75.00 |
| 3/6/2008 | EHB | Receive/review executed Jo Evelyn George Roberson affidavit; draft notice of motion; edit default documents. | 0.40 | 60.00 |
| 3/7/2008 | EHB | Review billings; check court docket for answer. | 0.30 | 45.00 |
| 3/10/2008 | EHB | Review/edit billing; finalize Edward H. Bogle affidavit; finalize default motion and proposed order; prepare/finalize all default materials for filing; e-file same; notice up motion; submit proposed order; serve documents; docket dates. | 2.00 | 300.00 |
| **Total Fees** | | | **12.40** | **$1,788.00** |

**Plymouth Concrete Inc IV**



---

**Expenses**

| | | Amount |
|---|---|---|
| 1/15/2008 | Complaint Filing Fee | 350.00 |
| 2/26/2008 | Elite Process Service - Invoice No. 4629, dated 02/18/08<br>Personal service on Pier M. Bernardi, registered agent. | 141.00 |

| | |
|---|---|
| **Total Expenses** | **$491.00** |
| **Total amount of this bill** | **$2,279.00** |