**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and HOWARD McDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>PLYMOUTH CONCRETE, INC., a Michigan corporation,<br><br>Defendant. | Case No. 08 C 329<br><br>District Judge Kendall |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, March 13, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned Plaintiffs' attorney will appear before the Honorable Virginia M. Kendall, Judge of the United States District Court for the Northern District of Illinois, in Courtroom 2319 located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in her stead, and then and there present the attached Plaintiffs' Motion for Default Judgment. You are entitled to appear and be heard.

Respectfully submitted,

*Edward H. Bogle* (signature)

Attorney for Plaintiffs
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3469
ebogle@centralstatesfunds.org

March 10, 2008

F: 255598 / 08111213

## CERTIFICATE OF SERVICE

    I, Edward H. Bogle, attorney for Plaintiffs, certify that on March 10, 2008, I caused the foregoing Notice of Motion to be filed electronically.  This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.  For all other parties, who are listed below, I served the foregoing by UPS Next Day Air to:

Plymouth Concrete, Inc.
600 Junction
Plymouth, Michigan 48170

    and

Plymouth Concrete, Inc.
c/o Pier M. Bernardi – Registered Agent
8118 Hammel Road
Brighton, Michigan 48116

*Edward H. Bogle*

Edward H. Bogle
Attorney for Plaintiffs

F: 255598 / 08111213