# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Central States | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 329 |
| Plymouth Concrete | |

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■   Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment by default is entered against Defendant Plymouth Concrete, Inc. and in favor of Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee in the total amount of $30,054.38.  This amount consists of the following: $22,508.00 in unpaid contributions; $765.78 in interest (through March 13, 2008); $4,501.60 in liquidated damages; $1,788.00 in attorneys' fees; and $491.00 in costs.  Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to 2% plus the prime interest rate established by the Chase Manhattan Bank (New York, New York) for the 15th day of the month for which interest is charged, and shall be compounded annually.

Michael W. Dobbins, Clerk of Court

Date: 3/14/2008                                    /s/ Ken Wood, Deputy Clerk